UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

NEWARK VICINAGE

PREET SHAH, )

)

Plaintiff, )

)

v. ) Civil Action No. [2:26-cv-13309-ES]

)

MARKWAYNE MULLIN, in his official )

capacity as Secretary of the U.S. )

Department of Homeland Security; )

JOSEPH EDLOW, in his official capacity )

as Director of U.S. Citizenship and )

Immigration Services; and U.S. )

CITIZENSHIP AND IMMIGRATION SERVICES, )

)

Defendants. )

______________________________________________)

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2026 OCT 20 A 11: 31

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Preet Shah, proceeding pro se, hereby gives notice that the above-captioned civil action is voluntarily dismissed without prejudice against all Defendants: Markwayne Mullin, Secretary of the U.S.

Department of Homeland Security; Joseph Edlow, Director of U.S. Citizenship and Immigration Services; and U.S. Citizenship and Immigration Services.

In support of this notice, Plaintiff states:

1. Plaintiff commenced this action seeking mandamus and declaratory/injunctive relief under the Administrative Procedure Act regarding Form I-765 (Receipt No. IOE0935690367).

2. As of the date of this filing, Defendants have not served an answer to the complaint, nor have they filed or served a motion for summary judgment under Rule 56.

3. Pursuant to Fed. R. Civ. P. 41(a)(1)(B), unless the notice states otherwise, a dismissal under Rule 41(a)(1)(A)(i) is without prejudice. Plaintiff expressly specifies that this dismissal is WITHOUT PREJUDICE, with each party to bear their own costs and fees.

WHEREFORE, Plaintiff respectfully requests the Clerk of Court to close this case on the docket.

Dated: October 20, 2026 Respectfully submitted,

PREET SHAH

Plaintiff, pro se

PO Box-8153

Jersey City, New Jersey 07308

Telephone: (551) 339-2539

Email: shah.preet991@gmail.com

**SO ORDERED.**

**Hon. Esther Salas, U.S.D.J.**
**Date: October 23, 2026**